

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00180-CR

WILLIAM ROGER
WISENER

APPELLANT

V.

THE STATE OF TEXAS

STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant William Roger Wisener was convicted of robbery causing bodily injury in December 2007 after he pleaded guilty in exchange for ten years' confinement and a plea in bar in case number 1027357. In 2011, Wisener filed a "Motion for New Trial on Material Evidence and Hearing Thereof," and on April

---

[1]*See* Tex. R. App. P. 47.4.

25, 2011, the trial court denied the motion for want of jurisdiction.[2]  Wisener filed a notice of appeal, attempting to appeal the trial court's April 25, 2011 order.

On May 25, 2011, we sent Wisener a letter stating that because no Texas statute authorizes a direct appeal from the denial of a motion for new trial, we lack jurisdiction over this case.  *See* Tex. Code Crim. Proc. Ann. art. 44.02 (West 2006) ("A Defendant in any criminal action has the right of appeal under the rules hereinafter prescribed . . . ."); *see also id.* art. 11.07 (West 2006); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

We instructed Wisener or any party desiring to continue the appeal to file a response by June 6, 2011, showing grounds for continuing the appeal or the appeal would be dismissed, but no response has been filed.  *See* Tex. R. App. P. 44.3.  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 20, 2011

---

[2]In its order denying the motion, the trial court suggested that Wisener could file an application for a post-conviction writ of habeas corpus.